GARY M. RESTAINO
United States Attorney
District of Arizona
ARON KETCHEL
Assistant United States Attorney
California State Bar No. 250345
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Aron.Ketchel@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Diana Marie Moore, <br><br> Defendant. | CR-23-00040-PHX-SMB <br><br> **GOVERNMENT'S FIRST BILL OF PARTICULARS** |

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America submits this notice in the form of a First Bill of Particulars and particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment, Doc.3:

<u>Seized Property Sought for Forfeiture:</u>
1. 2017 Cadillac Escalade, VIN: 1GYS3CKJ4HR365127
2. 2017 Mercedes Benz GLS 550 4MATIC, VIN: 4JGDF7DE1HA932367
3. 2018 Mercedes Benz E-Class, VIN: WDDZF4JB4JA374545
4. 2020 Cadillac Escalade 4WD, VIN: 1GYS4DKJ1LR167505
5. 2020 Mercedes Benz AMG GT, VIN: WDD7X8KB4LA014396
6. 2020 Mercedes Benz S560X4 Maybach, VIN: W1KUX8GB9LA551521
7. 2021 Land Rover Range Rover, VIN: SALGS2RU4MA446316
8. $217,090.93 seized from Bank of America checking account ending 5501
9. $9,999.76 seized from Delta Community Credit Union checking account ending 9877

10. $79.36 seized from Delta Community Credit Union money market account ending 4560
11. $37.40 seized from Delta Community Credit Union savings account ending 0150
12. $6,888.92 seized from Truist Bank business checking account ending 7763
13. $30,000.00 in United States currency
14. $5,000.00 in United States currency
15. $100,000.00 Wells Fargo cashier's check payable to Moore Development Company LLC
16. Brown Gucci Diana medium top handle bag
17. Black Gucci Marmont small shoulder bag
18. Black Louis Vuitton Pont 9 shoulder bag
19. Pink Louis Vuitton Zippy wallet monogram python
20. Pink Versace crystal virtus shoulder bag
21. Purple Louis Vuitton Coussin belt bag
22. Pink Chanel mini flap bag
23. Black Christian Dior Lady Dior phone holder
24. Brown Louis Vuitton Passy handbag
25. Red Louis Vuitton Capucines mini handbag
26. Brown Coach Madison shoulder bag
27. Blue/Pink Fendi peekaboo mini handbag
28. Red Rapport Brompton three-watch roll
29. Black Balmain B-Buzz 23 bag
30. Black Prada mini nylon pouch
31. Red Christian Dior Cannage Lady Dior large bag
32. Black Versace Grecca Goddess shoulder bag
33. Brown Louis Vuitton multi-Pochette bag

34. Red/Pink Gucci Dionysus small shoulder bag
35. Cream/Rose Louis Vuitton Empreinte double zip Pochette
36. Black Louis Vuitton monogram ink vanity case
37. Brown Louis Vuitton Alma BB handbag
38. Red Fendi peekaboo Iseeu tote
39. Brown/Green/Black Louis Vuitton fold tote bag
40. Brown Louis Vuitton petite malle souple
41. Green Gucci GG Marmont small shoulder bag
42. Black Versace La Medusa micro bag
43. White Cartier panther tote
44. Pink/Purple Louis Vuitton pastel giant ONTHEGO Escale GM tote
45. Brown Gucci GG Supreme Linea A chain hobo
46. Brown Louis Vuitton since 1854 Neverfull MM
47. Red/Black/Blue Hermes repainted Birkin 35
48. Black Louis Vuitton EPI Neverfull MM tote
49. Orange/White Louis Vuitton monogram crafty Neverfull MM
50. Red/White Louis Vuitton monogram crafty ONTHEGO GM tote
51. Black Off-White logo-print belt bag
52. Beige/White Louis Vuitton Taurillon Artycapucines Henry Taylor
53. Beige/Pink Louis Vuitton Fall for you speedy Bandouliere 25
54. Black/White Fendi X Marc Jacobs Roma Capsule baguette
55. Black Louis Vuitton multiple wallet
56. Beige Louis Vuitton Victorine wallet
57. Black/Brown Louis Vuitton City Steamer XXL
58. Black Louis Vuitton 2054 Mountain backpack
59. Brown/Red Louis Vuitton Keepall Bandouliere 50

60. Brown Louis Vuitton Damier Ebene Keepall 55 Bandouliere
61. Yellow Gucci GG embossed perforated backpack
62. Yellow Gucci GG embossed perforated belt bag
63. Floral Beige/Black/Pink Christina Dior large book tote
64. White Fendi leather wide shoulder strap
65. Black Gucci leather shoulder strap
66. Brown Versace leather shoulder strap
67. Brown Gucci fabric shoulder strap
68. Louis Vuitton Louise by Night costume bracelet
69. Rolex stainless steel and 18k rose gold oyster bracelet watch
70. Louis Vuitton LV Volt Upside Down pendant necklace
71. Rolex steel and 18k rose gold watch
72. 10k yellow gold and diamond ring
73. 10k white gold and diamond necklace
74. 14k bicolored gold and diamond bracelet
75. Roberto Coin 18k yellow gold and diamond lattice bracelet
76. Cartier 18k rose gold diamond love bracelet
77. 14k yellow gold bracelet
78. David Yurman 18k yellow gold necklace
79. 18k rose gold diamond ring
80. Louis Vuitton LV Volt Upside Down 18k yellow gold diamond ear pendants
81. 14k rose gold diamond spider ring
82. 14k rose gold diamond ring band
83. Louis Vuitton 18k white gold and diamond Dentelle ring
84. 18k white gold diamond ring
85. Louis Vuitton hard-sided jewelry case

86. Icebox blue leather jewelry case
87. Rolex Sky Dweller bracelet watch
88. Rolex 18k rose gold diamond oyster bracelet watch
89. Gold bar diamond pendant
90. Icebox 14k white gold diamond Miami Cuban necklace
91. Chanel costume brooch
92. 10k yellow gold diamond Baby Dee pendant necklace
93. Rolex 18k yellow gold diamond bracelet watch
94. Judith Ripka 18k yellow gold, blue topaz diamond ring
95. Cartier 18k yellow gold diamond Juste Un Clou ring
96. 14k white gold diamond men's ring band
97. 10k yellow gold diamond bent nail bangle bracelet
98. 18k white gold diamond ear hoops
99. Rolex stainless steel bracelet watch
100. 10k yellow gold diamond pendant necklace
101. 10k white gold diamond necklace
102. Louis Vuitton 18k white gold diamond Color Blossom bracelet
103. 18k white gold diamond ear hoops
104. Bulgari 18k yellow gold, diamond, rubellite tourmaline Serpenti Seduttori bracelet
105. 14k bicolored gold diamond necklace
106. Gucci pink topaz 18k white gold Running G bracelet
107. Rolex 18k yellow gold bracelet watch
108. 18k white gold diamond ear hoops
109. Versace crystal Medusa Treasury decanter
110. 14k white gold, diamond, and citrine pendant necklace

111. Erte - Mermaid, 1990 (statue)
112. Erte - Number One, 1988 (statue)
113. Erte - The Wave, 1988 (statue)
114. Erte - Firebird, 1980 (statue)
115. Erte - La Plume, 1980 (statue)
116. Erte - Amants, 1980 (statue)
117. AtZ - Maybach (painting)

Respectfully submitted this 20th day of April 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/Aron Ketchel*
ARON KETCHEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on April 20th, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eleni Chrisovalantou Perdikakis
Richard J. Suzuki

*S/Gaynell Smith*
U.S. Attorney's Office