☒ FILED  ☐ LODGED

**May 25 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# United States District Court
for
District of Arizona

U. S. A. vs. Diana Marie Moore
Docket No. 2:23-cr-00040-SMB-1
AUSA: Aron J. Ketchel
Defense Attorney: Richard J. Suzuki

**T - SEALED**

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **CLAUDIA RODRIGUEZ**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Diana Marie Moore</u>, who was released by the Honorable Deborah M. Fine sitting in the Court at Phoenix, on the 19th day of January, 2023, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1)   The defendant shall not commit any federal, state, tribal or local crime.

On May 15, 2023, three warrants were issued by Sandy Springs Police Department in Georgia, charging the defendant with Discharging Firearms, Criminal Trespass (Property Damage) and Reckless Conduct. The offense is related to an incident that took place at the defendant's residence on May 15, 2023.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_[signature]_                                                                           May 24, 2023
Claudia Rodriguez                                                              **Date**
U.S. Pretrial Services Officer


**Reviewed by**

_[signature]_                                                                           May 24, 2023
Regina Begay                                                                    **Date**
Supervisory U.S. Pretrial Services Officer

cc: PTS

Page 2
RE: Diana Marie Moore
May 24, 2023

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 24th day of May, 2023, and ordered filed and made a part of the records in the above case.

_____
**The Honorable DEBORAH M. FINE**
**U.S. Magistrate Judge**