AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

FILED ✓ RECEIVED ___ LODGED ___ COPY
JUL 1 2 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Diana Marie Moore<br>*Defendant* | ) ) ) ) ) ) ) | Case No.  CR-23-00040-001-PHX-SMB |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*  Diana Marie Moore                                                                            ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3142: Violation of Pretrial Release

Date:  May 25, 2023                                           /s/ Kenneth Miller
                                                                                   *Issuing officer's signature*

City and state:  Phoenix, Arizona                              Kenneth G. Miller, Deputy Clerk
ISSUED ON 10:35 am, May 25, 2023                        *Printed name and title*
s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 5.25.23, and the person was arrested on *(date)* 7.5.23
at *(city and state)* Atlanta GA.

Date: 7.5.23                                                     *signature*
                                                                              *Arresting officer's signature*

                                                                              Arrested by USMS Custody By Officers
                                                                              *Printed name and title* Fulton COSO

cc: PTS