# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | ) | Case No.: CR-23-0040-001-PHX-SMB |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Diana Marie Moore, | ) | (*Defendant is Out of Custody*) |
| Defendant. | ) | |

Upon Motion of Defendant, Diana Marie Moore, Assistant U.S. Attorney Aron J. Ketchel having no objection, and good cause appearing therefrom;

**IT IS ORDERED** granting Defendant's First Motion to Continue Sentencing (Doc. 46.)

**IT IS FURHTER ORDERED** continuing the September 18, 2023 Sentencing to **December 18, 2023 at 3:00 p.m.** in courtroom 506 before Judge Susan M. Brnovich.

Dated this 18th day of August, 2023.

Honorable Susan M. Brnovich
United States District Judge

1