# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-0040-001-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Diana Marie Moore, | |
| Defendant. | |

Upon request of the U. S. Probation Officer and good cause appearing,

**IT IS HEREBY ORDERED** continuing sentencing in this matter from December 18, 2023 to **February 12, 2024 at 2:00 p.m.,** courtroom 506.

Dated this 8th day of November, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge