# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) Case No.: CR-23-0040-001-PHX-SMB |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Diana Marie Moore, | ) (*Defendant is Out of Custody*) |
| Defendant. | ) |

Upon Motion of Defendant, Diana Marie Moore, Assistant U.S. Attorney Aron J. Ketchel having no objection, and good cause appearing therefrom;

**IT IS ORDERED** granting Defendant's Second Motion to Continue Sentencing (Doc. 53.)

**IT IS FURHTER ORDERED** continuing the February 12, 2024 Sentencing Hearing to **April 15, 2024 at 2:00 p.m.** in courtroom 506 before Judge Susan M. Brnovich.

Dated this 9th day of January, 2024.

Honorable Susan M. Brnovich
United States District Judge

1