# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: CR-23-0040-001-PHX-SMB |
| Plaintiff, | **ORDER** |
| vs. | |
| Diana Marie Moore, | (Third Request) |
| Defendant. | *Defendant is Out of Custody* |

Upon Motion of Defendant, Diana Marie Moore, Assistant U.S. Attorney Aron J. Ketchel having no objection, and good cause appearing therefrom;

**IT IS ORDERED** granting Defendant's Amended Third Motion to Continue Sentencing (Doc. 62).

**IT IS FURHTER ORDERED** continuing the July 15, 2024 Sentencing Hearing to **August 19, 2024 at 2:30 p.m.** in courtroom 502 before Judge Susan M. Brnovich.

Dated this 28th day of June, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge