**APFEL LAW GROUP**
Attorney at Law
Seth Apfel, Esq. No. 032225
PO Box 8808
Phoenix, AZ 85066
Phone: (602) 499-8468
seth@apfellawgroup.com

Attorney for Defendant Moore

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  Plaintiff,  vs.  Diana Marie Moore,  Defendant | Case No.: 2:23-cr-00040-SMB  **MOTION FOR SUBSTITION OF COUNSEL**  (Out of Custody) |

    IT IS HEREBY STIPULATED by and between present counsel, Suzuki Law Offices (Richard Suzuki and/or Sean McNally), and Seth Apfel, Apfel Law Group, that Seth Apfel and Apfel Law Group be substituted as attorney of record for Defendant Diana Marie Moore to represent her for sentencing only before the Court.

    Given the Court's granting of the request to continue sentencing filed by Suzuki Law Offices, undersigned counsel does not expect any need for further continuances

barring unforeseen circumstances,[1] and expects to proceed with sentencing on August 19 as ordered by this Court.

RESPECTFULLY SUBMITTED this 28th day of June, 2024.

By /s/ Richard Suzuki (with permission)    By    /s/ Seth Apfel
   Richard Suzuki, Esq.                         Seth Apfel, Esq.
   Suzuki Law Offices                            Apfel Law Group
   2929 E Camelback Rd, Ste 224                  PO Box 8808
   Phoenix, AZ 85016                             Phoenix, AZ  85066

**CONSENT**

I, Diana Marie Moore, Defendant in the above-entitled action, hereby consent to the substitution of current counsel, Richard Suzuki/Sean McNally, with Seth Apfel, as my attorney of record for sentencing only under the conditions specified herein.

Date this 28th day of June, 2024.

        /s/ Diana Moore (by Seth Apfel with permission)
        Diana Moore
        Defendant

---

[1] Ms. Moore wishes to be sentenced on August 19 and does not wish to seek additional continuances. Undersigned counsel already has familiarity with the underlying facts of the case because undersigned counsel represented a different defendant in a virtually identical state case, so counsel can get up to speed rather quickly. Unforeseen circumstances might include lack of a presentence report, or counsel's wife going into labor (unlikely, since she is due September 11).

# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**HONORABLE Susan Brnovich**
United States District Court-Phoenix
brnovich_chambers@azd.uscourts.gov

**Aron Ketchel**
Assistant United States Attorney
United States Attorney's Office-Phoenix
Aron.ketchel@usdoj.gov

**Richard Suzuki**
Suzuki Law Offices

    /s/Seth Apfel
Seth Apfel, Esq.
Attorney for Defendant *Moore*